AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Central_____ District of _____Illinois_____

*Urbana Division*

Douglas L. Miller

          Plaintiff,

V.

North American Lighting, Inc. and
Paris Community Hospital/Family Medical
Center

          Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:  07-2195

TO: (Name and address of Defendant)

North American Lighting, Inc.
c/o C T Corporation System
208 S. LaSalle St., Ste 814
Chicago, IL 60604-1101

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Robert P. Kondras, Jr.
HUNT, HASSLER & LORENZ
100 Cherry Street
P.O. Box 1527
Terre Haute, IN 47808

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

s/John M. Waters                                                                October 25, 2007
CLERK                                                                                      DATE
    s/S. Johnson

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Central District of Illinois

*Urbana Division*

Douglas L. Miller

                Plaintiff,                **SUMMONS IN A CIVIL CASE**

V.

North American Lighting, Inc. and
Paris Community Hospital/Family Medical    CASE NUMBER: 07-2195
Center

                Defendant.

TO: (Name and address of Defendant)

Paris Community Hospital/Family Medical Center
c/o Mr. John Fajt, CEO
721 E. Court Street
Paris, IL 61944

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Robert P. Kondras, Jr.
HUNT, HASSLER & LORENZ
100 Cherry Street
P.O. Box 1527
Terre Haute, IN 47808

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

| | |
|---|---|
| s/John M. Waters | October 25, 2007 |
| CLERK | DATE |
| s/S. Johnson | |
| (By) DEPUTY CLERK | |