UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| DOUGLAS L. MILLER,                    )<br>                                                        )<br>            Plaintiff,                       )<br>vs.                                                    )        No. 07-2195<br>                                                        )<br>NORTH AMERICAN LIGHTING, INC.,  )<br>and PARIS COMMUNITY HOSPITAL/ )<br>FAMILY MEDICAL CENTER,            )<br>                                                        )<br>            Defendants.                   )  | |

### ENTRY OF APPEARANCE

PARIS COMMUNITY HOSPITAL/FAMILY MEDICAL CENTER hereby enters its appearance herein by its attorney, Daniel P. Wurl of Dobbins, Fraker, Tennant, Joy & Perlstein, P.C.

Dated this 5th day of December, 2007.

/s Daniel P. Wurl
Daniel P. Wurl
Attorney for Defendant
DOBBINS, FRAKER, TENNANT,
JOY & PERLSTEIN, P.C.
215 North Neil Street
Champaign, Illinois 61820
Telephone: (217) 356-7233
Fax: (217) 356-3548
E-mail: dwurl@dobbinslaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on 5th day of December, 2007, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon the following:

Robert P. Kondras, Jr.
HUNT, HASSLER & LORENZ, LLP
100 Cherry Street
P.O. Box 1527
Terre Haute, Indiana 47808-1527

/s Daniel P. Wurl