E-FILED
Monday, 10 December, 2007  02:24:14 PM
Clerk, U.S. District Court, ILCD

# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# URBANA DIVISION

| | |
|---|---|
| DOUGLAS L. MIRLLER,   ) | |
| ) | |
| Plaintiff,   ) | |
| ) | |
| v.   ) | Case No.:  2:07-CV-02195 MPM-DGB |
| ) | |
| NORTH AMERICAN LIGHTING, INC.,   ) | |
| and PARIS COMMUNITY HOSPITAL/   ) | |
| FAMILY MEDICAL CENTER   ) | |
| ) | |
| Defendants.   ) | |

## ENTRY OF APPEARANCE

COMES NOW John B. Renick, Stephen B. Maule, and McMahon Berger and hereby enter their appearance on behalf of Defendant North American Lighting, Inc..

Dated this ___10th___ day of December, 2007.

        Respectfully submitted,

        MCMAHON BERGER, P.C.


        /s John B. Renick
        John B. Renick, MBE 21468
        2730 North Ballas Road, Suite 200
        P.O. Box 31901
        St. Louis, MO 63131-3039
        (314) 567-7350
        (314) 567-5968 – facsimile

        Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on  10th  day of December, 2007, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon the following:

Robert P. Kondras, Jr.
Hunt, Hassler & Lorenz, LLP
100 Cherry Street
P.O. Box 1527
Terre Haute, IN  47808-1527

s/ John B. Renick