UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| DOUGLAS L. MILLER, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 2:07-CV-02195 ) |
| NORTH AMERICAN LIGHTING, INC., and PARIS COMMUNITY HOSPITAL/ FAMILY MEDICAL CENTER, | ) ) ) ) ) |
| Defendants. | ) ) |

## ANSWER OF DEFENDANT PARIS COMMUNITY HOSPITAL/FAMILY MEDICAL CENTER

NOW COMES the Defendant, PARIS COMMUNITY HOSPITAL/FAMILY MEDICAL CENTER, by and its attorney, Daniel P. Wurl of Dobbins, Fraker, Tennant, Joy & Perlstein, P.C., and for its answer to the Complaint states as follows:

1. Says that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 1.

2. Says that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 2.

3. Says that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 3.

4. Says that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 4.

5. Says that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 5.

6. Denies that a representative from its laboratory told Plaintiff that his drug screening test or the laboratory results from such testing were fine; admits that Plaintiff disclosed several medications that he was taking; and further answering, says that it lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 6.

7. Says that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 7.

8. Says that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 8.

9. Says that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 9.

10. Says that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 10.

11. Says that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 11.

12. Says that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 12.

13. Says that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 13.

14. Says that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 14.

15. Admits that this Court has supplemental subject matter jurisdiction over Plaintiff's Illinois law claim against it, but denies the remaining allegations contained in paragraph 15.

16. Admits that the venue is proper in this Court pursuant to 28 USC Section 1391, but denies that it has engaged in any unlawful conduct, and therefore, denies the remaining allegations contained in paragraph 16.

17. Says that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 17.

18. Says that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 18.

19. Admits the allegations contained in paragraph 19.

20-39. This Defendant does not respond to those allegations since they are not directed at it, and to the extent there are any allegations therein against this Defendant, they are denied.

40. For its answer to paragraph 40, this Defendant incorporates herein by reference its answers to paragraphs 1-14 above as if fully set forth herein.

41. Admits that it owed a legal duty, but denies the remaining allegations contained in paragraph 41.

42. Denies the allegations contained in paragraph 42.

43. Says that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 43.

44. Denies the allegations contained in paragraph 44.

45. Denies the allegations contained in paragraph 45.

## FIRST AFFIRMATIVE DEFENSE

Plaintiff's Complaint fails to state a claim for which punitive damages can be awarded against this Defendant.

WHEREFORE Defendant PARIS COMMUNITY HOSPITAL/FAMILY MEDICAL CENTER respectfully requests that the Court enter judgment in its favor and against Plaintiff and that it be awarded its costs herein and any other relief that the Court deems just and proper.

    DOBBINS, FRAKER, TENNANT,
    JOY & PERLSTEIN, P.C., Attorneys for
    Defendant, HOSPITAL AND MEDICAL
    FOUNDATION OF PARIS, INC., d/b/a
    PARIS COMMUNITY HOSPITAL

    /s Daniel P. Wurl
    Daniel P. Wurl
    Attorney for Defendant
    DOBBINS, FRAKER, TENNANT,
    JOY & PERLSTEIN, P.C.
    215 North Neil Street
    Champaign, Illinois 61820
    Telephone: (217) 356-7233
    Fax: (217) 356-3548
    E-mail: dwurl@dobbinslaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of January, 2008, I electronically filed the foregoing answer with the Clerk of the Court using the CM/ECF System which will send notification of such filings to the following:

Robert P. Kondras, Jr.
HUNT, HASSLER & LORENZ LLP
100 Cherry Street
P.O. Box 1527
Terre Haute, Indiana 47808-1527

John B. Renick
MCMAHON BERGER, P.C.
2730 North Ballas Road, Suite 200
P.O. Box 31901
St. Louis, MO 63131-3039

/s Daniel P. Wurl
Daniel P. Wurl
Attorney for Defendant
DOBBINS, FRAKER, TENNANT,
JOY & PERLSTEIN, P.C.
215 North Neil Street
Champaign, Illinois 61820
Telephone: (217) 356-7233
Fax: (217) 356-3548
E-mail: dwurl@dobbinslaw.com