E-FILED
Monday, 17 March, 2008   02:58:33 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| DOUGLAS L. MILLER,<br><br>      Plaintiff,<br>vs.<br><br>NORTH AMERICAN LIGHTING, INC.,<br>and PARIS COMMUNITY HOSPITAL/<br>FAMILY MEDICAL CENTER,<br><br>      Defendants. | No. 2:07-cv-2195 |

### CERTIFICATE OF SERVICE

COMES NOW Defendant PARIS COMMUNITY HOSPITAL/FAMILY MEDICAL CENTER by its attorney, Daniel P. Wurl of Dobbins, Fraker, Tennant, Joy & Perlstein, P.C., who certifies that Defendant's Initial Disclosures were served by first class mail sent to counsel of record for Plaintiff, Robert P. Kondras, Jr., and counsel of record for Co-Defendant North American Lighting, Inc., John B. Renick, this 17th day of March, 2008.

Respectfully submitted,

/s Daniel P. Wurl
Daniel P. Wurl
DOBBINS, FRAKER, TENNANT,
JOY & PERLSTEIN, P.C.
215 North Neil Street
Champaign, Illinois 61820
Telephone: (217) 356-7233
Fax: (217) 356-3548
E-mail: dwurl@dobbinslaw.com
Attorney for Defendant
Paris Community Hospital/Family
Medical Center