**E-FILED**
Thursday, 10 April, 2008  09:58:58 AM
Clerk, U.S. District Court, ILCD

## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## URBANA DIVISION

| | |
|---|---|
| **DOUGLAS L. MILLER,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Case No.:  2:07-CV-2195-MPM-DGB** |
| ) | |
| **NORTH AMERICAN LIGHTING, INC.,** ) | |
| **and PARIS COMMUNITY HOSPITAL/** ) | |
| **FAMILY MEDICAL CENTER** ) | |
| ) | |
| **Defendant.** ) | |

### CERTIFICATE OF SERVICE

COMES NOW Defendant, NORTH AMERICAN LIGHTING, INC., by its attorneys, who certify that the Supplement to Defendant's Initial Disclosure was served by first class mail sent to counsel of record for Plaintiff, Robert P. Kondras, Jr. and counsel of record for Co-Defendant Paris Community Hospital/Family Medical Center, Daniel P. Wurl, this  10th   day of April, 2008.

Respectfully submitted,

s/ John B. Renick
John B. Renick
McMAHON BERGER, P.C.
2730 North Ballas Road, Suite 200
P.O. Box 31901
St. Louis, MO 63131-3039
(314) 567-7350
(314) 567-5968 – facsimile
email:  renick@mcmahonberger.com

Attorney for Defendant

{153796 v1}