UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| DOUGLAS L. MILLER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | No. 07-2195 |
| | ) | |
| NORTH AMERICAN LIGHTING, INC., | ) | |
| and PARIS COMMUNITY HOSPITAL/ | ) | |
| FAMILY MEDICAL CENTER, | ) | |
| | ) | |
| Defendants. | ) | |

**ENTRY OF APPEARANCE**

Renée L. Monfort hereby enters her appearance on behalf of Defendant, PARIS COMMUNITY HOSPITAL/FAMILY MEDICAL CENTER.

Dated this 15th day of July, 2008.

/s Renée L. Monfort
Renée L. Monfort
Attorney for Defendant
DOBBINS, FRAKER, TENNANT,
JOY & PERLSTEIN, P.C.
215 North Neil Street
Champaign, Illinois 61820
Telephone: (217) 356-7233
Fax: (217) 356-3548
E-mail: rmonfort@dobbinslaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on 15th day of July, 2008, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon the following:

Robert P. Kondras, Jr.
Hunt, Hassler & Lorenz, LLP
100 Cherry Street
P.O. Box 1527
Terre Haute, Indiana 47808-1527

John B. Renick, Esq.
McMahon Berger, P.C.
2730 North Ballas Road, Suite 200
P.O. Box 31901
St. Louis, MO 63131-3039

/s Renée L. Monfort