UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| DOUGLAS L. MILLER, | ) |
| | ) |
| Plaintiff, | ) |
| vs. | ) No. 07-2195 |
| | ) |
| NORTH AMERICAN LIGHTING, INC., | ) |
| and PARIS COMMUNITY HOSPITAL/ | ) |
| FAMILY MEDICAL CENTER, | ) |
| | ) |
| Defendants. | ) |

## MOTION OF DANIEL P. WURL FOR LEAVE TO WITHDRAW AS ATTORNEY OF RECORD

Daniel P. Wurl respectfully moves this Court for leave to withdraw as attorney of record for Defendant PARIS COMMUNITY HOSPITAL/FAMILY MEDICAL CENTER. In his place, Renée L. Monfort, has already entered her appearance herein on behalf of PARIS COMMUNITY HOSPITAL/FAMILY MEDICAL CENTER.

Dated this 18th day of July, 2008.

/s Daniel P. Wurl
Daniel P. Wurl

## CERTIFICATE OF SERVICE

I hereby certify that on 18th day of July, 2008, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon the following:

Robert P. Kondras, Jr.
Hunt, Hassler & Lorenz, LLP
100 Cherry Street
P.O. Box 1527
Terre Haute, Indiana 47808-1527

John B. Renick, Esq.
McMahon Berger, P.C.
2730 North Ballas Road, Suite 200
P.O. Box 31901
St. Louis, MO 63131-3039

/s Daniel P. Wurl