# UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**DOUGLAS L. MILLER,**
        **Plaintiff,**

    vs.                                    Case Number:  **07-2195**

**NORTH AMERICAN LIGHTING INC., et al.**
        **Defendants.**

☐ **DECISION BY THE COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**  that Defendant North American Lighting Inc's Motion for Summary Judgment (#23) is GRANTED.  Judgment is entered in favor of North American Lighting Inc. and against Plaintiff.

    This court declines to exercise supplemental jurisdiction over Plaintiff's state law claim against Paris Community Hospital/Family Medical Center.  Plaintiff's state law claim against PCH is therefore dismissed without prejudice for want of subject matter jurisdiction.  This court does not have jurisdiction over the claim and cannot rule on PCH's Motion for Summary Judgment (#24).  Plaintiff may refile his claim against PCH in state court.

                                    ENTER this 19th day of March, 2009

                                                s/Pamela E. Robinson

                                       _____
                                       PAMELA E. ROBINSON, CLERK

                                                    s/S. Johnson

                                        _____
                                         BY: DEPUTY CLERK